**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
LINDA LASER,

               Plaintiff,

    - against -                      **JUDGMENT**
                                         CV 20-4896 (GRB)(JMW)

RALPH LAUREN CORPORATION and
SQUIRES FAMILY LTD PARTNERSHIP,

               Defendants.
-------------------------------------------------------------X

An electronic Order Dismissing Case of Honorable Gary R. Brown, United States District Judge, having been filed on May 25, 2021, dismissing this case for failure to prosecute, and directing the Clerk of the Court to close this case, it is

**ORDERED AND ADJUDGED** that plaintiff Linda Laser take nothing of defendants Ralph Lauren Corporation and Squires Family Ltd Partnership; that this case is dismissed for failure to prosecute; and that this case is closed.

Dated: May 26, 2021
         Central Islip, New York

                                                   DOUGLAS C. PALMER
                                                   CLERK OF THE COURT
                                  BY:    /S/ JAMES J. TORITTO
                                                   DEPUTY CLERK